

2015 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-1-2015

# Free Speech Coalition v. Atty Gen USA

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2015

Recommended Citation

"Free Speech Coalition v. Atty Gen USA" (2015). *2015 Decisions.* Paper 940.
http://digitalcommons.law.villanova.edu/thirdcircuit_2015/940

This September is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2015 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 13-3681
_____

FREE SPEECH COALITION, INC.; AMERICAN SOCIETY OF MEDIA
PHOTOGRAPHERS, INC.; THOMAS HYMES;
TOWNSEND ENTERPRISES, INC., d/b/a SINCLAIR INSTITUTE;
BARBARA ALPER; CAROL QUEEN; BARBARA NITKE; DAVID STEINBERG;
MARIE L. LEVINE, a/k/a NINA HARTLEY;
DAVE LEVINGSTON; BETTY DODSON; CARLIN ROSS,
                                                    Appellants

v.

ATTORNEY GENERAL UNITED STATES OF AMERICA

_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  SMITH, SCIRICA, and RENDELL, <u>Circuit</u> <u>Judges</u>

The petition for panel rehearing filed by appellant in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby

O R D E R E D that the petition for rehearing by the panel is GRANTED.

BY THE COURT,


s/ D. Brooks Smith
Circuit Judge


Dated: September 1, 2015
tmm/cc: Lorraine R. Baumgardner, Esq.
J. Michael Murray, Esq.
Scott R. McIntosh, Esq.
Anne Murphy, Esq.
Andrew G. Rocker, Esq.
Fred T. Magaziner, Esq.